# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA, )
    Plaintiff, )
                                                )     Case No. CR 08-240-E-BLW
v. )
                                                )     **REPORT AND**
MANUEL VARELA, )     **RECOMMENDATION**
    Defendant. )
                                                )

On July 28, 2009, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, his constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed.

Having conducted the change of plea hearing and having inquired of Defendant and his counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

# RECOMMENDATION

Based upon the foregoing, this Court recommends that the District Court take under advisement the decision whether to accept the terms of the plea agreement and Defendant's guilty plea to Count One of the Information (Docket No. 279), pending review of the pre-sentence report. If the District Court determines that the plea agreement should be accepted, it is recommended that the District Court accept Defendant's plea of guilty to Count One of the Information (Docket No. 279).

It is also recommended that the District Court grant, at the appropriate time, the United States' motion to dismiss Counts One and Eighteen of the Superseding Indictment (Docket No. 101).

DATED: **July 28, 2009**

_Ronald E. Bush_ (signature)

Honorable Ronald E. Bush
U. S. Magistrate Judge